# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| OOPAYDO ROINSIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NUTRIBULLET, L.L.C. and CAPITAL ) <br> BRANDS, L.L.C, ) <br> ) <br> Defendants. ) <br> ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> C.A. No.: 3:19-cv-00288-MGL |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Oopaydo Roinsin, by and through her undersigned attorneys, hereby stipulates and agrees that the claims she asserted against the Defendants and their past, present and future agents, servants, employees, representatives, employers, officers, directors, stockholders, members, predecessors, successors, assigns, parent companies, subsidiaries, divisions, affiliates, sister companies, management companies, administrators, executors, heirs, beneficiaries, attorneys, and insurers are hereby dismissed <u>with prejudice</u>, without cost to any party, and that such claims are henceforth <u>res judicata</u>.

**WE CONSENT AND SO STIPULATE:**

| | |
|---|---|
| <u>/s/ J. Camden Hodge</u> <br> J. Camden Hodge (Fed I.D. No. 11756) <br> ANASTOPOULO LAW FIRM, LLC <br> 32 Ann Street <br> Charleston, SC  29403 <br> (843) 614-8888 <br> Camden@akimlawfirm.com <br><br> **Attorneys for Plaintiff** | <u>/s/ C. William McGee</u> <br> C. William McGee (Fed. I.D. No. 05783) <br> GALLIVAN, WHITE & BOYD, P.A. <br> P.O. Box 10589 <br> Greenville, South Carolina 29603 <br> bmcgee@gwblawfirm.com <br> 864-271-9580 <br><br> **Attorneys for Defendants** |